UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 10-01283-KRM
CHAPTER 7 CASE

IN RE:

DOUGLAS J. LEYLAND
SHARON M. LEYLAND

Debtors.
_____/

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

THIS CASE was considered by the Bankruptcy Court upon Motion for Relief from Stay filed with negative notice pursuant to Local Rule 2002-4 (Docket # 12) by **ONEWEST BANK, FSB** No response to the Motion having been filed, the Court deems it unopposed. Therefore, it is

Accordingly it is **ORDERED**

1. That the Motion of **ONEWEST BANK, FSB** for Relief from Stay is granted.
2. The Automatic Stay imposed by §362 of the Bankruptcy Code is modified to permit Movant to file and prosecute through sale, issuance of title and execution of a writ of possession in a foreclosure action and/or replevin action as to property described as:

> **LOT 449, A PART OF THE PROPOSED PLAT OF
> PALM TERRACE GARDENS, UNIT ONE,
> ACCORDING 10 THE PROPOSED PLAT THEREOF,
> RECORDED IN O.R. BOOK 630, PAGE(S) 213 AND
> 214, OF THE PUBLIC RECORDS OF PASCO
> COUNTY, FLORIDA.**
>
> A/K/A: 7610 VENICE DRIVE, PORT RICHEY, FL 34668

3. That the Order Granting Relief from the Automatic Stay is entered for the sole purpose of allowing Movant to proceed in rem and Movant shall not seek or obtain an in personam judgment against the Debtor(s).
4. Award Bankruptcy fees and cost of $550.00 for the Prosecution of the Motion.

5. The (14) fourteen day Stay of the Order Granting Relief from Stay pursuant to the Bankruptcy Rule 4001 (a) (3) is Waived so that **ONEWEST BANK, FSB,** can pursue its in rem remedies without further delay.

**DONE** and **ORDERED** at Tampa, Florida     March 08, 2010

K. Rodney May
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

COPIES FURNISHED TO:

ATTN: ANTONIO ALONSO, ESQ.
LAW OFFICE OF MARSHALL C. WATSON, P.A
1800 NW 49 STREET, SUITE 120
FORT LAUDERDALE, FL 33319

LEIGH R. MEININGER, TRUSTEE
P.O.BOX 1946
ORLANDO, FL 328021946

DOUGLAS J. LEYLAND
SHARON M. LEYLAND
8606 SEELEY LANE
HUDSON, FL 34667

CEDRIC P. HAY, ESQ.
12300 U S HIGHWAY 19 NORTH
HUDSON, FL 34667

U.S. TRUSTEE
UNITED STATES TRUSTEE – TPA7
TIMBERLAKE ANNEX, SUITE 1200
501 E POLK STREET
TAMPA, FL 33602